# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2021 JUL 23 PM 3: 55

DEPUTY CLERK_____

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* FRANK J. ZACCANELLI, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>MEHRDAD MOAYEDI, JEFF SHIRLEY, MICHAEL VANHUSS, CENTURION AMERICAN CUSTOM HOMES, INC. DBA CENTURION DEVELOPMENT GROUP, HOLLY JACOBY, PNC BANK, N.A. DBA PNC INVESTMENT CO., LLC, JEFFERIES, LLC, QINGFU XU, H. HARRY AHARAMIAN, A&J CAPITAL INVESTMENT, INC., HENRY ZOU, AND HENRY GLOBAL CONSULTING GROUP,<br><br>Defendants. | **SEALED**<br><br>Civil Action No. 3:20-CV-3474-E<br><br>FILED IN SEALED CASE |

## THE UNITED STATES OF AMERICA'S DECLINATION NOTICE

1.      The United States, pursuant to 31 U.S.C. § 3730(b)(4)(B), respectfully notifies the Court of its decision not to intervene in this action filed by Relator Frank J. Zaccanelli, Jr., under the False Claims Act.

2.      Although the United States is declining to intervene, we respectfully refer the Court to the provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), which permit a relator to maintain the action in the name of the United States; provided, however, that

The United States of America's Declination Notice – Page 1

the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." The United States requests that, should either Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval of such a request.

3.      The United States further requests that pursuant to 31 U.S.C. § 3730(c)(3), Relator and Defendants serve all documents filed in this action upon the United States, and that all Orders issued by the Court also be sent to the undersigned government counsel.

4.      The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause shown, at a later date pursuant to 31 U.S.C. § 3730(c)(3). The United States also reserves its right to seek dismissal of this action (notwithstanding any objections Relator might have) pursuant to 31 U.S.C. § 3730(c)(2)(A) should the United States determine that such dismissal is warranted.

5.      The United States finally requests that only the Complaint, this Notice, and the Court's accompanying Order be unsealed and served upon Defendants. The United States asks that all other materials in this matter (including, but not limited to, any applications and supporting memoranda filed by the United States for an extension of time in which to intervene or for any other reason) remain under seal and not be made public or served on Defendants at any time because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to

The United States of America's Declination Notice – Page 2

intervene should be extended.

6.      A proposed order accompanies this notice.

Respectfully submitted,

PRERAK SHAH
Acting United States Attorney

Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214-659-8626
Facsimile:  214-659-8807
Email:  brian.stoltz@usdoj.gov

Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on July 2 3, 2021, a copy of the foregoing document has been served on relator via service to his attorney of record at the attorney's address of record listed in the complaint, as follows:

Gregory N. Ziegler
Macdonald Devin Ziegler Madden Kenefick & Harris, PC
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2130

Additionally, I will note that I have been informed that Mr. Ziegler is no longer associated with the Macdonald Devin law firm (although to my knowledge no change-of-firm/address notice has been filed in this action). I am therefore also sending a copy of this notice to Mr. Ziegler by email to greg@gregorynziegler.com, which is the email address that Mr. Ziegler has most recently used in communications with me.

_____
Brian W. Stoltz
Assistant United States Attorney